UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:19-560 |
| | ) | |
| v. | ) | 18 U.S.C. § 1512(c)(1) |
| | ) | |
| **BRENDAN SCHRIBER** | ) | **INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

That on or about November 19, 2015, in the District of South Carolina, the defendant, **BRENDAN SCHRIBER,** did corruptly attempt to alter, destroy, mutilate, and conceal a record, document and other object with the intent to impair its integrity and availability for use in an official proceeding;

In violation of Title 18, United States Code, Section 1512(c)(1).

A _____True_____ BILL

_____
FOREPERSON

_____ for
SHERRI A. LYDON (tdp)
UNITED STATES ATTORNEY

1