RECORD OF GRAND JURY BALLOT

C/R  3:19-560

THE UNITED STATES OF AMERICA v. BRENDAN SCHRIBER

(SEALED UNTIL FURTHER ORDER OF THE COURT)