# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **CRIM. CASE NO.: 3:19-CR-560** |
| vs. ) | |
| ) | |
| ) | **NOTICE OF APPEARANCE OF** |
| **BRENDAN SCHRIBER,** ) | **COUNSEL** |
| ) | |
| **DEFENDANT.** ) | |
| ) | |

Notice is hereby given of the entry of the undersigned as counsel for the defendant, Brendan Schriber, in the above-entitled action. Pursuant to Fed. R. Civ P. 5, all further notice and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

      **Deborah B. Barbier**
      **Deborah B. Barbier, LLC**
      **1811 Pickens Street**
      **Columbia, SC 29201**
      **(803) 445-1032**
      **dbb@deborahbarbier.com**

                Respectfully Submitted,

                S/Deborah B. Barbier
                Deborah B. Barbier (#6639)
                Deborah B. Barbier, LLC
                1811 Pickens Street
                Columbia, SC 29201
                (803) 445-1032
                dbb@deborahbarbier.com