# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. 3:19-560

BRENDAN SCHRIBER

## PLEA

The Defendant, BRENDAN SCHRIBER, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____
(Signed)   Defendant

Columbia, South Carolina
July 2, 2019