UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:19-560 |
| | ) | |
| v. | ) | |
| | ) | |
| BRENDAN SCHRIBER | ) | CONTINUANCE ORDER |

This matter comes before the Court on motion of the Defendant and with consent of the Government for a continuance of this case until the October 2019 term of court. On July 30, 2019, counsel for the Defendant made an oral motion to continue the trial date beyond the Court's previously scheduled term to allow the defendant additional time to review discovery and to allow the parties to engage in plea negotiations. The Defendant concurred with the continuance request and waived his statutory right to a speedy trial.

In reaching the conclusion that the proposed continuance is appropriate, the Court has balanced the best interest of the public and the Defendant in a speedy trial against the ends of justice, and finds that the latter outweighs the former. The Court finds that a continuance until the next term of court will allow defense counsel the time necessary for further review of the case with the Defendant and will afford the parties the opportunity to complete negotiations, which will possibly avoid the need for a trial.

FOR ALL THE FOREGOING, it is ordered that the case of *United States v. BRENDAN SCHRIBER,* Criminal No. 3:19-560, be continued until the October 3, 2019 term of court, and that all such period of delay is hereby excluded in computing the time within which trial must begin pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et.

seq.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　<u>s/Mary Geiger Lewis</u>
　　　　　　　　　　　　　　　　　　MARY GEIGER LEWIS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Columbia, South Carolina

August 1, 2019