IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO: 3:19-00560-MGL |
|---|---|
| v. | |
| BRENDAN SCHRIBER | |

The undersigned counsel, Katherine H. Flynn, respectfully moves this Court pursuant to Local Civ. R. 83.I.07 (D.S.C.) for leave to withdraw from the above-captioned case. The undersigned certifies pursuant to Local Civ. R. 83.I.07 (D.S.C.) that this withdrawal will not leave the Government unrepresented. The Government and the Government's remaining counsel, Tommie DeWayne Pearson, consent to this withdrawal.

SHERRI A. LYDON
UNITED STATES ATTORNEY

s/ Katherine H. Flynn
Katherine H. Flynn (Fed. ID # 13103)
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
(803) 929-3000
Katherine.Flynn@usdoj.gov