UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:19-cr-00560-MGL |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN SCHRIBER | ) | ORDER |

  Upon consent motion of the Defendant Schriber and the United States, this Court hereby continues the above-referenced case until further order. The continuance is justified because the defendant is being considered for participation in the Pretrial Diversion Program and the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. If the defendant is accepted into the Program, he will avoid the burden of a felony conviction and the public will avoid the costs associated with a prosecution of this matter.

  The Court therefore orders that the above-referenced case be continued until further notice. Said continuance is excluded from the time in which this case must be brought to trial under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(2).

  IT IS SO ORDERED.

                    s/ Mary Geiger Lewis
                    MARY GEIGER LEWEIS
                    UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 30, 2019